IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-00261-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| KENNETH LEROY KITTRELL, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Set-Aside or Remove Amended Judgment Fine, and Restitution, filed July 7, 2010. In accordance with the judgment in this case, during the term of incarceration, payment of fine and restitution is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Therefore, defendant's motion [DE #77] is hereby DENIED.

This 1st day of November, 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26