IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-261-1H3

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER GRANTING LEAVE |
| v. | ) TO DESTROY EVIDENCE |
| | ) |
| KENNETH LEROY KITTRELL | ) |

This matter having come before the Court on the United States' motion for leave to destroy certain evidence and for good cause shown, IT IS HEREBY ORDERED that the Raleigh Police Department is authorized to destroy the following evidence in this matter: one envelope containing shoe impressions.

SO ORDERED, this 21st day of December, 2010.

_____
HONORABLE MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE